MELINDA HAAG, CSBN 132612
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN STEVEN LAWSON, SR., <br><br> Plaintiff, <br><br> vs. <br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 3:15-cv-00844-HSG <br><br> STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended to and including September 24, 2015.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defense counsel needs the additional time to further review the file and prepare a response in this matter due to a heavy workload, including several other district court cases, despite due diligence.

The parties further stipulate that the remaining dates in the Court's Scheduling Order shall be modified accordingly.

Defense counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated:  August 7, 2015    /s/ Lynn M. Harada for James Hunt Miller*
(*as authorized via email on 8/7/15)
JAMES HUNT MILLER
Attorney for Plaintiff

Respectfully submitted,

Dated:  August 7, 2015    MELINDA L. HAAG
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:    /s/  Lynn M. Harada
LYNN M. HARADA
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER:

APPROVED AND SO ORDERED:

Dated:  August 31, 2015    _____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge