UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STEVEN LAWSON,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 15-cv-00844-HSG<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 19 |

The parties' stipulation extending the time for Defendant to respond to Plaintiff's Motion for Summary Judgment is GRANTED. The Court will not grant Defendant any further continuances based simply on counsel's "heavy workload." The Court expects Defendant to file its response to Plaintiff's motion on October 26, 2015, absent a particularized showing of extremely compelling good cause.

**IT IS SO ORDERED.**

Dated: September 25, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge